_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**December 27, 2012**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: SILVANO CANO-PEREZ ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Debtor (s)           ) | Bankruptcy No.: 09-27621-mkn <br> Chapter  7 <br><br> Hearing Date: NA <br> Hearing Time: NA |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of 204.51 constituting an unclaimed dividend is declared due to Hudson & Keyse, LLC.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Hudson & Keyse, LLC
c/o Dilks & Knopik
35308 SE Center Street
Snoqualmie, WA 98065

###